AO 91  (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

FILED
United States District Court
Las Cruces, New Mexico

on August 28, 2025

Mitchell R. Elfers
Clerk of Court

|  |  |
|---|---|
| United States of America<br>v.<br><br>Dominic James Isaac Sandoval Peralta<br><br><br>*Defendant(s)* | )<br>)<br>)  Case No.   25-3470 MJ<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the dates of July 17, 2025, in the county of Dona Ana in the District of New Mexico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1): | Assault, resistance, and opposition of an officer of the United States resulting in physical contact. |

This criminal complaint is based on these facts:
See attached Affidavit in Support of an Application for an Arrest Warrant, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Erin Quintana, Special Agent
_____
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1
by
submitted electronically and sworn    *(specify reliable electronic means).*

Date:  August 28, 2025

_____
*Judge's signature*

U.S. Magistrate Judge Jerry H. Ritter
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF:<br>Dominic James Isaac Sandoval Peralta | Case No.   25-3740 MJ |

## AFFIDAVIT IN SUPPORT OF

## AN APPLICATION FOR AN ARREST WARRANT

I, Erin Quintana, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of an application for an arrest warrant for Dominic James Isaac Sandoval Peralta for violations of 18 U.S.C. § 111(a)(1) (Assault, resistance, and opposition of an officer of the United States resulting in physical contact).

2.     I have been employed with the FBI as a Special Agent since January 2025. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 of the United States Code. I am currently assigned to the Albuquerque Division, Las Cruces Resident Agency. Prior to my current position as a Special Agent, I worked for the FBI as an Investigative Specialist in the Phoenix Division beginning in January 2022.

3.     During my tenure with the FBI, I have received formal and informal training in conducting a variety of criminal investigations. I have executed or participated in the execution of search and arrest warrants. My investigative training and experience include, but is not limited to, conducting surveillance, interviewing subjects, witnesses, and victims, managing cooperating sources, issuing subpoenas, and analyzing records.

4.    As a Special Agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 111(a)(1), and I am authorized by the Attorney General to arrest a person.

5.    This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. The information contained in this affidavit is personally known to me based on my training and experience, was gathered or revealed to me personally during the course of this investigation or was gathered or revealed to other sworn law enforcement officers during the course of this investigation and subsequently communicated to me.

6.    I make this affidavit in support of a criminal complaint that there is probable cause to find that on or about May 29, 2025, Dominic James Isaac Sandoval Peralta (Peralta) assaulted, resisted, and opposed an officer of the United States Bureau of Indian Affairs Officer (BIA Officer) resulting in violation of 18 U.S.C. § 111(a)(1).

7.    Title 18 U.S.C. § I 11(a)(l), makes it a crime for someone to "forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties." A Bureau of Indian Affairs Officer an officer of the United States pursuant to 18. U. S.C §1114.

## PROBABLE CAUSE

### *Background*

8.    On 29 May 2025, agents of the FBI Las Cruces Resident Agency learned from a Bureau of Indian Affairs (BIA) of Justice Service-Mescalero Agency agent that Peralta violently

assaulted, resisted and opposed a BIA Officer (BIAO) of Justice Service-Mescalero Agency, while the BIAO was performing their official duties. BIAO, provided the following information:

9. On 29 May 2025, at approximately 1832 hours, BIAO, while on duty, in full uniform, displaying the badge of office, operating a marked police vehicle, within the Mescalero Apache Reservation, was dispatched to 207 Oak Dr for a male individual getting out of hand and attempting to break windows of residences.

10. Upon arrival BIAO observed a male with a black jacket and black pants standing in the middle of the parking lot. While driving up towards the male the BIAO observed the male raising his hands and acting as if he was going to run away. The BIAO identified the male as Peralta as they have had several calls with him in the past.

11. As the BIAO exited the police unit, and asked Peralta what he was doing. Peralta immediately began acting erratic and yelling "you don't fucking know me" several times. The BIAO advised Peralta to go to the front of the police unit and Peralta continued to yell the same thing. The BIAO observed a glass mug in Peralta's left hand as he approached the BIAO rapidly. The BIAO told Peralta to drop the cup as he began pushing BIAO back towards the driver side of the front door of the police unit. BIAO issued a compliance strike to Peralta to prevent him from pushing them back further. The strike was effective, and BIAO was able to get some distance between them and Peralta for a moment. Peralta then closed the distance between him and BIAO and swung his arm with a closed fist hitting BIAO in the face. BIAO was eventually able to duck under his punches and take him to the ground where Peralta continued to resist and disobey lawful commands.

12.     BIAO continued to tell Peralta to quit and place his hands behind his back. Peralta would not comply and continued to try and get to his feet. BIAO drive stunned Peralta three times with a taser as he was not complying and continued to resist and disobey commands.

13.     A neighbor came and assisted BIAO with placing Peralta in handcuffs. Once Peralta was placed in hand cuffs, BIAO advised him to stand up and he would not comply and stated that BIA should be trained with getting people up. BIAO had to lift Peralta up and carry him to the police unit where Peralta was placed back on the floor. Peralta again refused to stand up and continued to tell BIAO to "eat a bag of dicks" and cuss at BIAO. BIAO again had to lift Peralta up and the neighbor again came outside and helped to lift Peralta up by his feet and placing him inside the police unit. Peralta was transported to Lincoln County Medical Center for medical clearance. Peralta was then transported to Lincoln County Detention Center for incarceration once medical clearance was obtained. BIAO endured scratches with light bruising and swelling to the right cheek where BIAO was punched.

14.     I then reviewed a vide from BIAO's body cam provided to me by BIA. In the video BIAO, wearing what I know to be his BIA uniform, can be seen attempting to effect the arrest on Peralta. Peralta resists and a scuffle ensues., BIAO's body cam falls to the ground but still depicts the opening phases of the struggle. The men grapple while standing and Peralta can be seen delivering multiple overhand punches to BIAO's head before the men move out of the camera frame.

15.     Attached is the frame of Peralta delivering an overhead punch to BIAO while BIAO has his hands up in defense in the body cam footage.

16.



17.    I reviewed photos provided by BIA that show BIAO with an abrasion on his left wrist, contusion to his right cheek, scrapes on both knees, and what appears to be dust with blood on his uniform, which is consistent with his incident report and the alleged assault I observed on the video.

## CONCLUSION

18.    Based on the aforementioned information and investigation, I submit that probable cause exists that Dominic James Isaac Sandoval Peralta has committed assault, resistance, and opposition of an officer of the United States resulting in physical contact in violation of 18 U.S.C. § 111(a)(1). AUSA Maria Armijo was apprised of the foregoing facts and accepted this case for federal prosecution.

Respectfully submitted,

Erin Quintana
Special Agent
Federal Bureau of Investigation

submitted electronically and sworn telephonically to before me on _____8/28_____, 2025.

_____
U.S. Magistrate Judge Jerry H. Ritter