**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                             **CR No. 25-MJ-3470 JHR**

**DOMINIC JAMES ISAAC SANDOVAL PERALTA**

    **Defendant.**

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW, Darren Robinson, Assistant Federal Public Defender, appointed counsel of record for the Defendant, Dominic James Isaac Sandoval Peralta, and moves this Court for an order granting counsel leave to withdraw as counsel for Mr. Sandoval Peralta and in support of this Motion would respectfully show the Court as follows:

1.      The Court appointed the Federal Public Defender on October 31, 2025, to represent Mr. Sandoval Peralta.

2.      There has been a deterioration in communication between counsel and Mr. Sandoval Peralta. Mr. Sandoval Peralta does not have the confidence needed in the continued representation of counsel. The deterioration of the attorney/client relationship in this case jeopardizes Mr. Sandoval Peralta's constitutional right to effective assistance of counsel.

3.      As a result of the foregoing, counsel requests leave of court to withdraw from the representation of Mr. Sandoval Peralta and that substitute counsel be appointed. Should this Court request more information concerning the basis of this motion, counsel respectfully requests an **ex parte** "in-chambers" conference with the Court.

4.      The undersigned counsel has conferred with his supervisor, Barbara Mandel, about this matter and agrees with the filing of this motion.

**WHEREFORE**, for the foregoing reasons, respectfully prays that the Court enter an order granting counsel leave to withdraw as appointed counsel for Mr. Sandoval Peralta, appointing substitute counsel for him as soon as possible; and providing for such other and further relief to which the Court may find Mr. Sandoval Peralta to be justly entitled.

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
506 S. Main St., Suite 400
Las Cruces, NM   88001
Telephone: (575) 527-6930

***Electronically filed January 5, 2026***
By: */s/ Darren Robinson*
DARREN ROBINSON
Assistant Federal Public Defender