IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

APR 23 2026

MITCHELL R. ELFERS
CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 26-1894 MIS |
| | ) | |
| vs. | ) | 18 USC § 111(a): |
| | ) | Assault Upon a Federal Officer |
| DOMINIC JAMES ISAAC SANDOVAL | ) | Involving Physical Contact |
| PERALTA, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

On or about May 29, 2025, in Otero County, in the District of New Mexico, the defendant,

**DOMINIC JAMES ISAAC SANDOVAL PERALTA**, forcibly assaulted, resisted, opposed,

impeded, intimidated, and interfered with John Doe, an officer and employee of Bureau of Indian

Affairs, while John Doe was engaged in, and on account of, the performance of John Doe's official

duties, and such acts involved physical contact with John Doe.

In violation of 18 U.S.C. § 111(a)(1).

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

JAMES DICKENS
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304