Rev. October 28, 2015

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

**SENTENCING MINUTE SHEET**

| | | | | | |
|---|---|---|---|---|---|
| CR No: | **26-1894 MIS** | USA vs.: | **SANDOVAL** | | |
| Date: | **8/05/2026** | Name of Deft: | **DOMINIC JAMES ISAAC SANDOVAL** | | |
| Before the Honorable: | **MARGARET I. STRICKLAND, UNITED STATES DISTRICT JUDGE** | | | | |
| Time In/Out: | **10:19 AM - 10:35 AM** | Total Time in Court **(for JS10):** | **16 MINUTES** | | |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **RACHEL LOPEZ (RAEUFP@GMAIL.COM)** | | |
| AUSA: | **SILVIA DELGADO** | Defendant's Counsel: | **SHERRY BOOTH** | | |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **NONE** | | |
| Probation Officer: | **KEMAURY McCLAURIN** | Sworn? | **X** Yes | | No |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Convicted on: | | Plea | | Verdict | As to: | | Information | | Indictment |
| If Plea: | | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | | |
| If Plea Agreement: | | Accepted | | Not Accepted | | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | | | | | PSR: | | Not Disputed | | Disputed |
| PSR: | | Court Adopts PSR Findings | | | Evidentiary Hearing: | | Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | | | |

| | | | |
|---|---|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): | | |
| Supervised Release: | S | Probation: | |

| | | | | | |
|---|---|---|---|---|---|
| | 500-HOUR DRUG PROGRAM | | BOP SEX OFFENDER PROGRAM | | OTHER: |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | | ICE not applicable |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| ☐ | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. | ☐ | Parties have no objections to the conditions listed in Attachment A. |
| ☐ | Parties waive reading of conditions. | ☐ | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |
| | Participate in/successfully complete subst abuse program/testing (up to 60 tests per year) | | Reside halfway house ____ months ____ days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol (up to 4 tests per day) | | Participate in sex offender treatment program |
| | Submit to search of person/property | | Possess no sexual material |
| | **OTHER:** | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Fine: $ | | Restitution: $ | **N/A** | | | |
| SPA: $ | | Payment Schedule: | | Due Imm. | | Waived |
| OTHER: | | | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

| | |
|---|---|
| OTHER COMMENTS: | **COURT CONSIDERING UP VARIANCE. WILL FILE MINUTE ORDER. COUNSEL TO FILE DOCUMENTS PROGRAMMING ETC.**<br><br>**COURT CONTINUES SENTENCING AND WILL BE SET BY THE COURT.** |