*Rev. October 28, 2015*

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

**SENTENCING MINUTE SHEET**

| | | | |
|---|---|---|---|
| CR No: | **26-1894 MIS** | USA vs.: | **SANDOVAL PERALTA** |
| Date: | **10/27/2026** | Name of Deft: | **DOMINIC JAMES ISAAC SANDOVAL PERALTA** |
| Before the Honorable: | **MARGARET I. STRICKLAND, UNITED STATES DISTRICT JUDGE** | | |
| Time In/Out: | **10:35 AM - 11:03 AM** | Total Time in Court **(for JS10)**: | **38 MINUTES** |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **RACHEL LOPEZ (RAEUFP@GMAIL.COM)** |
| AUSA: | **RENEE CAMACHO** | Defense Attorney: | **SHERRY BOOTH** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **NONE** |
| Probation Officer: | **KEMAURY MCLAURIN** | Sworn? | **X** Yes / No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | | Verdict | As to: | **X** | Information | Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| If Plea Agreement: | | Accepted | | Not Accepted | **X** No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | **4/23/2026** | | | | PSR: | **X** | Not Disputed | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | | Not Needed | **X** Needed |
| Exceptions to PSR: | | | | | | | | |

| | | | |
|---|---|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): | **18 MONTHS** | |
| Supervised Release: | **3 YEARS** | Probation: | |
| | 500-Hour Drug Program | | BOP Sex Offender Program |
| | Other: | | |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | **X** | ICE not applicable |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| ☒ | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. | ☒ | Parties have no objections to the conditions listed in Attachment A. |
| ☒ | Parties waive reading of conditions. | ☒ | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |
| | Participate in/successfully complete subst abuse program/testing (up to 60 tests per year) | | Reside halfway house ____ months ____ days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol (up to 4 tests per day) | | Participate in sex offender treatment program |
| X | **OTHER: ENTER INTO INPATIENT TREATMENT PROGRAM; WAIVER** | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Fine: $ | | Restitution: $ | **N/A** | | | |
| SPA: $ | **100** ($100 as to each Count) | Payment Schedule: | **X** | Due Imm. | | Waived |
| OTHER: | | | | | | |

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

| | |
|---|---|
| OTHER COMMENTS: | **MS. BOOTH CALLS MONIQUE RODRIGUEZ W1 (SWORN)**<br>**DEX BY MS. BOOTH**<br>**COURT QUESTIONS MS. RODRIGUEZ AS TO PROPOSED PLACEMENT.** |